# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CORA HOLUB, | ) |
| Plaintiff, | ) Case No. 5:08-cv-01245-M |
| vs. | ) |
| | ) **NOTICE OF DISMISSAL WITH** |
| ALLIED INTERSTATE, INC., | ) **PREJUDICE** |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Oklahoma, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 2nd day of April, 2009

By: s/William Oldfield
William Oldfield OBA 20798
WEISBERG & MEYERS, LLC
Attorneys for Plaintiff

Notice of Dismissal with Prejudice-1

Filed electronically on this 2nd day of April, 2009, with:

United States District Court CM/ECF system


By: <u>s/Tremain Davis</u>
    Tremain Davis